UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                -against-<br><br>LEO BONILLA,<br><br>                     Defendant. | 25-CR-55-1 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      On May 2, 2025, at the bail hearing in this case, the Court ordered Mr. Bonilla to be seen by Metropolitan Detention Center ("MDC") medical staff within one week to address an ongoing medical issue.

      The Court has been provided an update from MDC as of May 6, 2025, regarding Mr. Bonilla. It is the Court's understanding that the medical issue has been reviewed and properly referred for further evaluation.

      Counsel for Mr. Bonilla and the Government shall be prepared to discuss the status of Mr. Bonilla's medical treatment and any ongoing issues at the scheduled May 15, 2025 conference.

Dated: May 6, 2025
         New York, New York

                                                      SO ORDERED.

                                                      *Jessica Clarke*
                                                      JESSICA G. L. CLARKE
                                                      United States District Judge