# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

November 4, 2025

**BY ECF**
Honorable Jessica G.L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*Application GRANTED. The sentencing submission deadlines are EXTENDED as followed: Defendant's sentencing submission shall be filed by November 5, 2025, and the Government's sentencing submission shall be filed by November 12, 2025. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 75.*

*Dated: November 5, 2025*
*New York, New York*

SO ORDERED.

*Jessica Clarke* (signature)

JESSICA G. L. CLARKE
United States District Judge

Re: <u>United States v. Leo Bonilla,</u>
25 Cr. 55 (JGLC)

Dear Judge Clarke:

    I write with respect to the sentencing hearing in the above-captioned case, scheduled for November 19, 2025, at 2:30p.m. Unfortunately, due to an inadvertent calendaring error, I missed yesterday's deadline to file my submission. I am very sorry for the inconvenience to the Court and the parties. I have conferred with AUSA Jared Hoffman, who graciously expressed his consent to a two-day extension of the parties' filing deadlines, such that the defense submission would be due by tomorrow, November 5, and the Government's submission due by November 12.

    I thank the Court for considering this consent application for a two-day extension of the parties' deadlines to filing their respective sentencing submissions, and I apologize again for the mistake.

Respectfully submitted,

*Andrew J. Dalack* (signature)

Andrew J. Dalack
Assistant Federal Defender
(646) 315-1527

Cc: AUSA Brandon Harper
      AUSA Jared Hoffman